In the Matter of the Will of JOHN W. POTTER, Deceased. SARAH WEAVER, Appellant; H. MARTHA JONES et al., Respondents.

Argued April 23, 1937; decided May 25, 1937.

*Michael J. Larkin* and *Adrian S. Malsan* for appellant.
*Harold M. Hartness* for respondents.

Order affirmed, with costs payable out of the estate: no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.